*Alexander C. Donald* and *J. T. Embree*, for the appellant.

---

FERRIS *v.* HAYES and Others.

*Thursday,
May 30.*

APPEAL from the *Dearborn* Circuit Court.

*Per Curiam.*—In this case there is no brief for the appellant, hence, any error that may have been committed is waived.

The judgment below is affirmed, with costs.

*John Ryman*, for the appellant.